AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JUDGMENT OF FORFEITURE

UNITED STATES OF AMERICA,

Plaintiff.

v.

THREE REAL PROPERTIES
LISTED IN PARAGRAPH THREE,

Defendant.

CASE NUMBER:

5:25-cv-18

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 12, 2026, the Government's Motion for Default Judgment and Final Order of Forfeiture is granted regarding "Defendant Properties," defined as: a. All of the property located at the tract of land, containing 50 acres, more or less, lying in original Land Lot No. 237 in the 4th Land District of Pierce County, Georgia 31557; b. All of the property located at 2804 Hwy 110E in Waynesville, Brantley County, Georgia 31566; and c. All of the property located at 10155 North Main Street, Nahunta, Georgia 31553. All rights, title, and interest in the Defendant Properties are hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law. Accordingly, judgment is entered in favor of Plaintiff. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 12, 2026
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020